UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WELLS FARGO VENDOR FINANCIAL SERVICES, LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>TEEN CHALLENGE NEW ENGLAND, INC.<br><br>             Defendant. | C.A. No. 16-CV-11183 |

**FED. R. CIV. P. 7.1 AND L.R. 7.3 CORPORATE DISCLOSURE STATEMENT OF WELLS FARGO VENDOR FINANCIAL SERVICES, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, plaintiff Wells Fargo Vendor Financial Services, LLC, states as follows:

- Wells Fargo Vendor Financial Services, LLC, is a limited liability company. Its sole member is Wells Fargo Financial Leasing, Inc.

- Wells Fargo Financial Leasing, Inc., is a subsidiary of Wells Fargo Bank, N.A.

- Wells Fargo Bank, N.A., is a subsidiary of Wells Fargo & Company.

- Wells Fargo & Company is a publicly traded company whose shares are traded on the New York Stock Exchange under the symbol: WFC.

Respectfully submitted,

**WELLS FARGO VENDOR FINANCIAL SERVICES, LLC**

By its attorneys,

/s/ David Himelfarb
David Himelfarb, BBO # 649596
dhimelfarb@mccarter.com
Nicholas W. Allen, BBO # 663409
nallen@mccarter.com

ME1 22724592v.1

2

MCCARTER & ENGLISH LLP  
265 Franklin Street  
Boston, MA 02110  
(617) 449-6500

June 22, 2016

## **CERTIFICATE OF SERVICE**

    I hereby certify that this Corporate Disclosure Statement will be served in hand on defendant Teen Challenge New England, Inc., at 1315 Main Street, Brockton, Massachusetts, concurrent with the service of the Summons and Complaint in this action.

/s/ David Himelfarb  
David Himelfarb